# Court of Appeals
# of the State of Georgia

ATLANTA,  August 17, 2017

*The Court of Appeals hereby passes the following order:*

## A18E0005. DINGLER v. MOORE.

Appellant Joseph Dingler's "Emergency Time Sensitive Motion Pursuant to Rule 40 (b)" is DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  08/17/2017*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*